# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0518
Lower Tribunal No. 22-23609
_____


**Lucas Connor Whalen,**
Appellant,

vs.

**Estefania Llona Choquehuanca,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Elisabeth Espinosa, Judge.

Robert H. Fishback, Jr. (Jacksonville), for appellant.

No appearance, for appellee.


Before LOGUE, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Lucas Connor Whalen challenges a final injunction for protection

against domestic violence without minor children. We are constrained to reverse the final injunction because technical issues impeded the electronic recording of the full evidentiary hearing as required by section 741.30(6)(h), Florida Statutes (2023) ("All proceedings under this subsection shall be recorded. Recording may be by electronic means as provided by the Rules of Judicial Administration."). Crucially, the un-recorded portion includes testimony from appellee, Estefania Llona Choquehuanca, who sought the injunction below. Thus, the record on appeal impedes this court from conducting appellate review of the trial court's conclusion that appellee had objectively reasonable cause to believe she was in imminent danger of becoming the victim of domestic violence under section 741.30(6)(b). See Horn v. Wolfe, 219 So. 3d 971 (Fla. 1st DCA 2017) (reversing injunction against stalking where trial court did not record evidentiary hearing as required by section 784.0485(6)(f), Florida Statutes). This ruling does not preclude appellee from filing another petition for injunction for protection against domestic violence if warranted.

Reversed and remanded with directions to vacate the injunction.